UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 2:17-mj-30182 |
| | ) | Hon. |
| JUMANA NAGARWALA, | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE OF COUNSEL

To:   The Clerk of the Court and all parties of record:

Please take notice that I am admitted to practice in this court, and I appear in this case as counsel for Jumana Nagarwala.

Respectfully submitted:

Dated: April 13, 2017

*Shannon M Smith*
Shannon M. Smith (P 68683)
The Law Offices of Shannon M. Smith, PC
1668 South Telegraph, Suite 140
Bloomfield Hills, MI  48302
(734) 218-1998
e-mail:  attorneyshannon@gmail.com